UNITED STATES of America,
Plaintiff–Appellee,

v.

Abelardo SANCHEZ, Defendant–
Appellant.

No. 03–41156.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 30, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Abelardo Sanchez, San Benito, TX, pro se.

Before HIGGINBOTHAM, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD) appointed to represent appellant, former federal prisoner # 77283–079 Abelardo Sanchez, has moved for leave to withdraw and

has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sanchez has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in Sanchez's appeal from the revocation of his supervised release, the sentence therefor having been completely served. *See United States v. Clark*, 193 F.3d 845, 847–48 (5th Cir.1999) (dismissal for mootness). Accordingly, the motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities herein, and the APPEAL IS DISMISSED.